IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**BRYANT P.,** §
§
    Plaintiff, §
§
v. § Civil Action No. **3:19-cv-402-L**
§
**COMMISSIONER, SOCIAL SECURITY** §
**ADMINISTRATION,** §
§
    Defendant. §

# ORDER

This social security appeal was referred to United States Magistrate Judge Renée Toliver, who entered the Finding, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 19) on March 3, 2020, recommending that the court deny Plaintiff's Motion for Summary Judgment (Doc. 16); grant Defendant's Motion for Summary Judgment (Doc. 17); and affirm the Commissioner's decision. No objections to the Report were filed.

After reviewing the motions, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 16) is **denied**; Defendant's Motion for Summary Judgment (Doc. 17) is **granted**; and the Commissioner's decision is **affirmed**. The court, therefore, **dismisses with prejudice** this appeal.

**It is so ordered** this 20th day of March, 2020.

                                                     Sam A. Lindsay
                                                   United States District Judge